# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CORDARO BONNER,

      Petitioner,

    v.

JARED RARDIN,

      Respondent.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
Civil File No. 26-02155 (MJD/JFD)

---

Cordaro Bonner, pro se.

David W. Fuller, Justin Merak Page, Assistant United States Attorneys, for Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty dated May 29, 2026.  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Docherty.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1.  The Court **ADOPTS** the Report and Recommendation of United States

    Magistrate Judge John F. Docherty dated May 29, 2026.  **[Doc. 6]**;

2.  Petitioner Cordaro Bonner's Petition for Writ of Habeas Corpus **[Doc. 1]**

    is **DENIED without prejudice**; and

3.  This matter is **DISMISSED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 15, 2026                    s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court

2